UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| United States of America | | PLAINTIFF |
| versus | CIVIL ACTION | 1:22cv182-SA-DAS |
| Kelsey Blanchard | | DEFENDANT |

## DEFAULT JUDGMENT

The defendant, Kelsey Blanchard, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 17, 2023, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Kelsey Blanchard, in the amount of $23,333.00, plus interest on the judgment at the legal rate until the judgment is satisfied, plus a filing fee of $402.00.

This the 9th day of February, 2023.

s/ David Crews
Clerk of Court – by JLA